```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

JENAL EVANS,

                              Plaintiff,

           -v-

84 WEST 188 REALTY LLC,

                             Defendant.

------------------------------------------------------------------------

19-cv-05012 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court held a telephonic conference today at which Plaintiff and Defendant's counsel were present. The parties consented to the following briefing schedule for Defendant's motion to dismiss (Dkt. Nos. 15, 16.)

      Plaintiff shall submit a response no later than **June 1, 2020**. Defendant shall submit a reply no later than **June 15, 2020**.

      IT IS FURTHER ORDERED that Defendant shall mail to Plaintiff the following, and file proof of service on ECF: (1) this Order; (2) the Court's Notice to Pro Se Parties re. Email Filing During COVID-19 Emergency; (3) the Court's Emergency Individual Rules and Practices in Light of COVID-19; (4) the Court's Individual Practices in Civil Cases. The final three documents are available at https://nysd.uscourts.gov/hon-lewis-j-liman.

      Finally, it is HEREBY ORDERED that all discovery is STAYED pending resolution of the motion to dismiss.

      SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge